**Order entered April 7, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00329-CV

### IN RE OMAR H. HENRY, Relator

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-56857-2018**

### ORDER

Before Justices Myers, Molberg, and Evans

Based on the Court's opinion of this date, we **DENY** relator's March 9, 2020 petition for writ of habeas corpus.

/s/    DAVID EVANS
JUSTICE